**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT CARLOW**
**JAMES PERRY**
**WILLIAM PERRY and**
**DAVID GORMAN**

**v.** **Civil Action No.: 04-325-S**

**STANLEY MRUK and**
**CONRAD BURNS in their personal**
**and official capacities**

**DEFENDANTS' MOTION**
**TO EXCEED PAGE LIMITS**

In accordance with General Order No. 2002-01, the defendants Stanley Mruk and Conrad Burns hereby move for leave to exceed the twenty (20) page limit for memoranda of law in support of motions for summary judgment. In support thereof, the defendants state that:

1. The complaint alleges that non-residents of the Coventry Fire District have a First Amendment right to address the annual meetings of the Coventry Fire District, as well as a First Amendment right to videotape those meetings;

2. Both issues are matters of first impression within the First Circuit and involve complex issues of constitutional law;

3. The defendants are seeking summary judgment in their favor pursuant to the legislative and/or qualified immunity doctrines.

4. The defendants believe that the proposed memorandum will significantly assist the Court in resolving the pending Motion for Summary Judgment;

WHEREFORE, the defendants, Stanley Mruk and Conrad Burns, respectfully request that this motion be granted and that they be allowed to file a memorandum of law in support of their motion for summary judgment of no more than thirty (30) pages.

Respectfully submitted,

Defendants, STANLEY MRUK AND
CONRAD BURNS

By their attorneys,

George H. Rinaldi (#5599)
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903
Tel: (401)272-8080
Fax: (401)272-8195

Dated: June 30, 2005

**CERTIFICATION**

I hereby certify that on the 30th day of June, 2005, I caused a true and accurate copy of the within Motion to be mailed, by first class mail, postage prepaid, to Gary D. Berkowitz, Esq., 1 James Street, Providence, RI 02903

O:\Data\8823\Dktct\Mot\05462.doc