**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROBERT CARLOW**
**JAMES PERRY**
**WILLIAM PERRY and**
**DAVID GORMAN**

**v.** **Civil Action 04-325-S**

**STANLEY MRUK and**
**CONRAD BURNS in their personal**
**and official capacities**

---

**JOINT MOTION TO EXTEND DEADLINES**

---

NOW COME the parties in the above-captioned matter and hereby move this Honorable Court for an order extending all pre-trial deadlines by 60 days. Should this motion be granted, factual discovery will close on September 9, 2005, dispositive motions will be due on September 14, 2005 and pre-trial memoranda will be due on November 14, 2005.

PLAINTIFFS,
By their Attorney

/s/ Gary D. Berkowitz /GHR

Gary D. Berkowitz, Id. No. 2732
One James Street
Providence, RI 02903
(401)751-7671

Dated: July 6, 2005

DEFENDANTS,
By their Attorney

/s/ George H. Rinaldi

George H. Rinaldi, Id. No. 5599
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195 *fax*

Dated: July 6, 2005

O:\Data\8823\Dktct\Mot\05476.doc