UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT CARLOW<br>JAMES PERRY<br>WILLIAM PERRY and<br>DAVID GORMAN | : | |
| -v.- | : | Civil Action 04- 325- S |
| STANLEY MRUK and<br>CONRAD BURNS in their personal and<br>official capacities | : | |

STATEMENT OF UNDISPUTED FACTS

1. As to Plaintiff Robert Carlow:

a) That he is firefighter in the Anthony Fire Department;
b) That he is a resident of Coventry

2. As to Plaintiff James perry:

a) That he is firefighter in the Anthony Fire Department;
b) That he is a resident of Warwick

3. As to Plaintiff James perry:

a) That he is volunteer firefighter in the Anthony Fire Department;

4. Stanley Mruk is the Fire Chief of the Coventry Fire District

5. Conrad Burns is the District Auditor of the Coventry Fire District

6. The Coventry Fire District held its annual financial meeting ("the meeting") at the Manchester Hall within the Town of Coventry, on December 9, 2003. Said meeting is open to the public, and its purpose is to elect public officers and budget the spending of public tax funds. Individuals who are not taxable inhabitants of the District are subject to space limitations and other retrictions permitted to attend the meeting.

7. At the meeting, it was announced by Conrad Burns, acting in his capacity as moderator, that cameras and audio recording of the meeting would not be allowed, except by the press.

8. Upon a motion by a taxpayer to allow recording of the meeting, a voice vote was held.

9. Defendant Burns ordered the Coventry Police to escort certain individuals (Plaintiff Gorman) from the meeting on the grounds that he was disrupting it and/or because non- residents are not permitted to leave their seats unescorted during the meeting.

10. Defendant Burns threatened to remove Plaintiff Carlow from the meeting on the grounds of disrupting it.