# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CA 04-325S** **DATE: October 5, 2005**

**TITLE: ROBERT CARLOW, ET AL v. STANLEY MRUK, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Gary Berkowitz**

**Defendant: George Rinaldi**

***************************************************************************

**Proceedings: Plaintiffs' Motion for Summary Judgment and Defendants' Motion for Summary Judgment**

**All counsel of record present. Attorneys argue. Court takes matter under advisement. Court to issue a Report and Recommendation.**