UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| ROBERT CARLOW, JAMES PERRY, WILLIAM PERRY, and DAVID GORMAN <br><br> Plaintiffs, <br><br> v. <br><br> STANLEY MRUK and CONRAD BURNS in their personal and official capacities <br><br> Defendants. | C.A. No. 04-325S |

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 10, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/28/06