UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT CARLOW, JAMES PERRY,
WILLIAM PERRY, and
DAVID GORMAN

Plaintiffs,

v.

C.A. No. 04-325S

STANLEY MRUK and CONRAD BURNS
in their personal and
official capacities

Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 10, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 3/28/06