AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERT CARLOW, JAMES PERRY,
WILLIAM PERRY, AND DAVID GORMAN

V.

STANLEY MRUK and CONRAD BURNS,
in their personal and official capacities

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 04-325S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, STANLEY MRUK AND CONRAD BURNS, IN THEIR PERSONAL AND OFFICIAL CAPACITIES, AGAINST PLAINTIFFS, ROBERT CARLOW, JAMES PERRY, WILLIAM PERRY, AND DAVID GORMAN, PURSUANT TO THIS COURT'S ORDER DATED MARCH 28, 2006 DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

March 29, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk